Scott A. Hagen (4840)
Greg Newman (13310)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500

*Attorneys for Defendants C.R. England, Inc.; C.R. England, Inc. Profit Sharing; Admin. Comm. of the C.R. England, Inc. Profit Sharing; C.R. England, Inc. Health and Welfare Benefit Plan; and Admin. Comm. of the C.R. England, Inc. Health and Welfare Benefit Plan*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CARLOS SILVA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>C.R. ENGLAND, INC., a Utah Corporation, C.R. ENGLAND, INC. PROFIT SHARING; ADMINISTRATIVE COMMITTEE OF THE C.R. ENGLAND, INC. PROFIT SHARING; C.R. ENGLAND, INC. HEALTH AND WELFARE BENEFIT PLAN; and ADMINISTRATIVE COMMITTEE OF THE C.R. ENGLAND, INC. HEALTH AND WELFARE BENEFIT PLAN,<br><br>      Defendants. | **STIPULATED NOTICE OF SETTLEMENT**<br><br>Civil Case No. 2:18-cv-00679-BCW |

Defendants C. R. England, Inc., C.R. England Inc., Profit Sharing, Administrative

Committee of the C.R. England, Inc. Profit Sharing, C.R. England, Inc. Health and Welfare

Benefit Plan, and Administrative Committee of the C.R. England, Inc. Health and Welfare

Benefit Plan (collectively, "Defendants") and Plaintiff Carlos Silva ("Plaintiff") submit this Stipulated Notice of Settlement.

Notice is hereby given to the Court that the parties in the above-captioned action have reached a settlement of all of Plaintiff's individual claims thereby resolving the action in its entirety since no class was ever certified. The settlement will be documented through a confidential written settlement agreement to be executed by the parties. It is anticipated that a notice of dismissal of this action with prejudice as to Plaintiff's claims (and without prejudice as to the claims of any absent class members) will be filed with the Court within the next 15 days pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No stipulation or proposed order is necessary to dismiss the action because Defendants neither answered the complaint nor filed a summary judgment motion.

DATED this 8th day of October, 2018.

> RAY QUINNEY & NEBEKER P.C.
>
> /s/ Greg Newman
> Scott A. Hagen
> Greg M. Newman
>
> *Attorneys for Defendants C.R. England, Inc.; C.R. England, Inc. Profit Sharing; Administrative Committee of the C.R. England, Inc. Profit Sharing; C.R. England, Inc. Health and Welfare Benefit Plan; and Administrative Committee of the C.R. England, Inc. Health and Welfare Benefit Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2018, I electronically filed the foregoing **STIPULATED NOTICE OF SETTLEMENT** using the CM/ECF system and also emailed a copy of the same to the following:

Nicholas DeBlouw
BLUMENTHAL, NORDREHAUG &
BHOWMIK LLP
2255 Calle Clara
La Jolla, CA 92037
Tel: (858) 551-1223
deblouw@bamlawca.com

*Attorneys for Carlos Silva*

                                                              */s/ Jeanette Evans*